# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INFINITE FINANCIAL SOLUTIONS, INC., SILVER EAGLE LABS, INC., and NICOSPAN, INC., | 3:13-cv-00466-HDM-WGC |
| Plaintiffs, | ORDER |
| vs. | |
| STRUKMYER, LLC, SILVER EAGLE LABS NV, LLC, SILVER EAGLE LABS, LLC, ROBERT DELK, et al., | |
| Defendants. | |

All proceedings in this action shall be stayed until the court conducts a status conference on November 14, 2013 at 8:00 AM.

**IT IS SO ORDERED.**

DATED: This 1st day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE