KENT R. ROBISON, ESQ. - NSB # 1167
krobison@rbsllaw.com
KRISTEN L. MARTINI, ESQ. - NSB # 11272
kmartini@rbsllaw.com
**Robison, Belaustegui, Sharp & Low**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:  (775) 329-3151
Facsimile:  (775) 329-7169

**LAWRENCE A. JACOBSON, ESQ.** (admitted *pro hac vice*)
laj@cohenandjacobson.com
**SEAN M. JACOBSON, ESQ.** (admitted *pro hac vice*)
sean@cohenandjacobson.com
Cohen and Jacobson, LLP
900 Veterans Boulevard, Suite 600
Redwood City, CA 94063
Telephone:  (650) 261-6280
Facsimile:  (650) 368-6221

Attorneys for Plaintiffs /Counterdefendants
Infinite Financial Solutions, Inc.,
Silver Eagle Labs, Inc., NicoSpan, Inc.
Michele Lockwood and Hanford Lockwood

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| INFINITE FINANCIAL SOLUTIONS, INC., a Nevada Corporation; SILVER EAGLE LABS, INC., a Nevada Corporation; and NICOSPAN, INC, a Nevada Corporation,<br><br>Plaintiffs,<br><br>STRUKMYER, LLC, a Texas Limited Liability Company; SILVER EAGLE LABS NV, LLC, a Nevada Limited Liability Company; SILVER EAGLE LABS, LLC, a Texas Limited Liability Company; ROBERT DELK, an individual; and DOES 1-50, inclusive,<br><br>Defendants.<br>_____/<br>STRUKMYER, LLC,<br><br>Counterclaimaint, | CASE NO.:  3:13-cv-00466-HDM-WGC<br><br>**JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME FOR PARTIES TO FILE A JOINT DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO COURT ORDER (DOC. 59) AND ORDER THEREON**<br><br>**(First Request)** |

vs.

INFINITE FINANCIAL SOLUTIONS, INC.; SILVER EAGLE LABS, INC.; MICHELE LOCKWOOD; and HANFORD LOCKWOOD,

         Counterdefendants.

/

The parties, through their undersigned counsel, do hereby request an additional two (2) weeks, to and including January 29, 2014, in which to file their Joint Discovery Plan and Scheduling Order in compliance with L.R. 26-1 as ordered by this Court in its Minutes (Doc. 59) due to the complexities of this case. This action now involves two lawsuits. The case transferred to this district from the District of Texas, now considered a Counterclaim, and the allegations in the Plaintiffs' Complaint both involve complicated trademark and patent issues, as well as other complicated commercial transactions. The parties believe that patent rules require additional scheduling deadlines and other procedural requirements. The parties, therefore, need additional time in which to draft and submit their proposed Discovery Plan and Scheduling Order.

DATED this 15th day of January, 2014.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

_____
KENT R. ROBISON - NSB #1167
KRISTEN L. MARTINI - NSB #11272
Attorneys for Plaintiffs

LAWRENCE A. JACOBSON, ESQ.
SEAN M. JACOBSON, ESQ.
COHEN AND JACOBSON, LLP
900 Veterans Blvd., Suite 600
Redwood City, California 94063
*Attorneys for Plaintiffs /Counterdefendants
Infinite Financial Solutions, Inc.,
Silver Eagle Labs, Inc., NicoSpan, Inc.
Michele Lockwood and Hanford Lockwood*

DATED this 15th day of January, 2014.

MCDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, Nevada 89505-2670

LEIGH T. GODDARD - NSB #6315
MEGAN STARICH - NSB #11284
*Attorneys for Defendants/Counterclaimant*
*Strukmyer, LLC, Silver Eagle Labs NV, LLC,*
*Silver Eagle Labs, LLC and Robert Delk*

## ORDER

IT IS SO ORDERED. The parties shall file their Joint Discovery Plan and Scheduling Order on or before January 29, 2014.

DATED this  16th  day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

J:\WPData\Kn\1277.001-Infinite\P-Stip.Order Extension.Jt. Disc.Plan.wpd

Robison, Belaustegui,
Sharp & Low
71 Washington Street
Reno, Nevada 89503
(775) 329-3151